# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:25mj90-CLR |
| Fabian Paul Oskierko | ) | |
| | ) | Charging District: Eastern District of Virginia |
| *Defendant* | ) | Charging District's Case No. 4:24cr40-JKW-DEM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States Courthouse<br>2400 West Avenue<br>Newport News, VA 23607 | Courtroom No.: |
|---|---|---|
| | | Date and Time: 10/22/2025 at 2:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/09/2025

*Judge's signature*

Christopher L. Ray, U.S. Magistrate Judge
*Printed name and title*

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Given this confirmation, generalized motions seeking assurance of the Government's compliance are unnecessary

Date: _____        _____

Magistrate Judge Christopher L. Ray